# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DORIS A. ROLAND, | ) |
| Plaintiff, | ) Case No. 2:16-cv-01417-JAD-GWF |
| vs. | ) **ORDER OF RECUSAL** |
| USAA FEDERAL SAVINGS BANK, N.A., *et al.*, | ) |
| Defendant. | ) |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 25th day of October, 2016.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE