David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Doris A. Roland*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Doris A. Roland,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | **Case No. 2:16-cv-01417-JAD-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY**<br><br>ECF No. 22 |

　　　Plaintiff Doris A. Roland and EQUIFAX INFORMATION SERVICES, LLC ("Equifax") hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Equifax**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: November 14, 2016

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Bradley T. Austin, Esq.<br>Bradley T. Austin, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Pkwy,<br>Suite 1100<br>Las Vegas, NV 89169<br>*Attorney for Defendant EQUIFAX INFORMATION SERVICES, LLC* |

ORDER

Based on the parties' stipulation [22] and good cause appearing, IT IS HEREBY ORDERED that all remaining claims in this case are DISMISSED, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 14, 2016